U.S. UNDERWRITERS INSURANCE COMPANY, Respondent-Appellant, v CITY CLUB HOTEL, LLC, et al., Appellants-Respondents, et al., Respondents.

Submitted September 27, 2004; decided October 14, 2004

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.